UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN PLOUFFE,

       Plaintiff,

v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

Case No. 24-cv-11013
Hon. Matthew F. Leitman

## ORDER EXTENDING TIME TO FILE CROSS MOTIONS FOR JUDGMENT

This matter having come before the Court as a Joint Motion to Extend the Deadline to File Cross Motions for Judgment, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the deadline for the Parties to file Cross Motions for Judgment is extended until December 16, 2024, Response Briefs extended until January 16, 2025, and Reply Briefs extended until January 30, 2025.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 30, 2024

313888223v.2

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

313888223v.2