# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KAREN PLOUFFE,

      Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

Case No. 24-cv-11013
Hon. Matthew F. Leitman

## ORDER STAYING CASE

**CONSIDERING THE PARTIES' JOINT NOTICE OF SETTLEMENT;**

**IT IS HEREBY ORDERED** that the above-referenced matter is stayed for sixty (60) days pending the finalization of the release and settlement agreement. The Parties shall file a dismissal of the action with prejudice within sixty (60) days, or move to lift the stay for further proceedings if a settlement is not finalized.

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated:  November 22, 2024

314888226v.1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 22, 2024, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126