**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KAREN PLOUFFE,

      Plaintiff,                                Case No. 24-cv-11013
                                                      Hon. Matthew F. Leitman

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

      **CONSIDERING THE PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE;**

      **IT IS HEREBY ORDERED** that the above captioned lawsuit is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and fees.

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated:  November 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2024, by electronic means and/or ordinary mail.

                                                            s/Holly A. Ryan
                                                            Case Manager
                                                            (313) 234-5126

314992274v.1